No. 12–6885.  SLEDGE v. OSBORNE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–6886.  DEANS v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  Sup. Ct. S. C.  Certiorari denied.

No. 12–6898.  BURKE v. VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 12–6913.  THOMAS v. INGWERSON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 12–6973.  BROWN v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 12–6974.  BURGOS v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 12–6987.  WILLIAMS v. SANTA CRUZ ET AL.  C. A. 9th Cir. Certiorari denied.

No. 12–7030.  SCHWEINER v. FOSTER, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 12–7032.  SANCHEZ-RAMIREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–7033.  SHAFFER v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 12–7048.  MOORE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–7051.  WASHAM v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–7052.  WOODFIELD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–7055.  CANTILLO BURGOS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–7057.  NAJERA-GORDILLO, AKA GONZALEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.